

PATRICK J. EDABURN, State Bar #173442
PMB 149
2339 W. Hammer Lane #C
Stockton, California 95209

Telephone: (209) 951-7837
Facsimile: (209) 951-7837

Attorney for Debtors Charles and Geraldine Thomas

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In The Matter of Charles and Geraldine Thomas<br><br>                    Debtors | Case No. 10-32823<br><br>DC No. PJE-1<br><br>**DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY**<br><br>Date: July 7, 2010<br>Time: 10:00 am<br>Place: Courtroom 34<br>      501 I Street, 6th Floor<br>      Sacramento, California |

### MOTION TO ABANDON PROPERTY

### [DBA CHARLES A. THOMAS AND ALL ASSOCIATED ASSETS]

TO THE TRUSTEE, JOHN R. ROBERTS, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:

Pursuant to 11 U.S.C Section 554 (b) and Federal Rule of Bankruptcy Procedure 6007 (b), CHARLES THOMAS and GERALDINE THOMAS, the Debtors and Petitioners herein, by and through their attorney PATRICK J. EDABURN, hereby move the court for an order requiring the Trustee of the above captioned estate to abandon the estates interest in the following collateral:

**DBA CHARLES A. THOMAS AND ALL ASSOCIATED ASSETS**

In support of their motion the Debtors' respectfully represent as follows:

1. This case was commenced by the filing on May 17, 2010 of a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

2. Debtors are the owners of a business commonly known as DBA Charles A. Thomas which is located at 26878 Crawley Lane in Pioneer, California. Said business is a sole proprietorship.

3. The assets of the business are listed in Schedule "B" of the Debtors Petition and include, but are not limited to: 1) Assorted office equipment, 2) General Goodwill associated with the business, 3) The intrinsic value of the name of the business and 4) The customer base of the business

4. As provided for by Section 703 of the California Code of Civil Procedure and the applicable provisions of the Federal Bankruptcy Code, debtors have exempted all assets of the business.

5. Because of said exemptions, the Bankruptcy Estate has no value in the asset.

6. 11 U.S.C. § 554(b) states that "On request of a party in interest and after notice and hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

7. In addition the business is a prime source of income to the Debtors. To deny them the ability to earn a living would be inconsistent with the goals of the Bankruptcy Code.

8. Because the asset has no value to the estate it is the belief of the Debtors that the Trustee would not object to this motion.

WHEREFORE moving party request that the court examine the facts and circumstances in connection with the property and enter an order directing the Chapter 7 Trustee to abandon the property back to the debtors and for such other relief as the court deems just and proper consistent with the application of Bankruptcy Code Section 554 (b)

////////

DATED: May 28, 2010

/s/ Patrick J. Edaburn

PATRICK EDABURN, Attorney for Debtor

/s/ Charles Thomas

CHARLES THOMAS, Debtor

/s/Geraldine Thomas

GERALDINE THOMAS, Debtor